UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

IPAY STATION, LLC,
  Plaintiff

  V.

OSVALDO RODRIGUEZ,
  Defendant/Counterclaimant,

and

JOYCE RODRIGUEZ,
  Defendant.

        CIVIL ACTION NO. 4:12-CV-40011

OSVALDO RODRIGUEZ,
  Third-Party Plaintiff,

and

SIGNAPAY HOLDINGS, L.P. and
JOHN MARTILLO,
  Third-Party Defendants

## **STIPULATION OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), the plaintiff, iPay Station, LLC, the

defendant/counterclaimant/third-party plaintiff, Osvaldo Rodriguez, the defendant, Joyce

Rodriguez, the third-party defendant/counterclaimant, SignaPay Holdings, L.P., and the third-

party defendant, John Martillo, hereby dismiss all claims in the above-entitled action, without

exception, including but not limited to direct claims, counterclaims, cross-claims and third-party

claims, with prejudice, without fees and costs, and with all rights of appeal waived.

IPAY STATION, LLC

By Jeffrey H. Mims, Chapter 7 Trustee the
Bankruptcy Estate of iPay Station, LLC,


_____/s/ Jeffrey H. Mims_____
Jeffrey H. Mims
Chapter 7 Trustee of the Bankruptcy Estate
of iPay Station, LLC

OSVALDO RODRIGUEZ and JOYCE
RODRIGUEZ

By their attorneys,


_____/s/ John J. McGivney_____
John J. McGivney, Esq. BBO#333510
Scott A. Aftuck, Esq. BBO#634762
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Phone:  (617) 330-7000
Email:  jmcgivney@rubinrudman.com
            saftuck@rubinrudman.com


SIGNAPAY HOLDINGS, L.P. and JOHN
MARTILLO

By their attorneys,


/s/ Matthew R. Fisher_____
Richard C. Van Nostrand, Esq.
BBO #507900
Matthew R. Fisher, Esq.
BBO # 672284
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
Phone: (508) 791-8500
Fax: (508) 791-8502
Email:  rvannostrand@mirickoconnell.com
            mfisher@mirickoconnell.com


Dated: September 10, 2012

<u>CERTIFICATE OF SERVICE</u>

I, Matthew R. Fisher, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2012.

/s/ Matthew R. Fisher
Matthew R. Fisher, Esq.

Dated:  September 10, 2012